UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY W. RICHARDS, on behalf of himself and all others similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 3:14-CV-1724 |
| v. | § § | |
| DIRECT ENERGY SERVICES, LLC | § § § | |
| *Defendant.* | § § § § § | January 11, 2014 |

**DIRECT ENERGY'S MOTION TO DISMISS PLAINTIFF'S**
**CLASS ACTION COMPLAINT PURSUANT TO RULE 12(B)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Direct Energy Services, LLC moves to dismiss Plaintiff Gary W. Richards's Complaint because it fails to state a claim upon which relief can be granted. The grounds for this motion are set forth in the memorandum of law filed simultaneously with this motion.

Dated: January 11, 2014                Respectfully submitted,

By:   /s/ Jessica L. Wilson
      Jessica L. Wilson (ct29486)
      jessica.wilson@emhllp.com
      EDISON, MCDOWELL & HETHERINGTON LLP
      3200 Southwest Freeway, Suite 2100
      Houston, Texas 77027
      Telephone: (713) 337-5580
      Facsimile: (713) 337-8850

      Thomas F.A. Hetherington*
      tom.hetherington@emhllp.com
      Michael D. Matthews, Jr.*
      matt.matthews@emhllp.com
      Hutson B. Smelley*
      hutson.smelley@emhllp.com

Robert P. Debelak III*
bobby.debelak@emhllp.com
EDISON, MCDOWELL & HETHERINGTON LLP
3200 Southwest Freeway, Suite 2100
Houston, Texas  77027
Telephone: (713) 337-5580
Facsimile: (713) 337-8850

*pro hac vice applications to be filed

Peter R. Knight (ct17839)
pknight@rc.com
Joey Lee Miranda (ct20821)
jmiranda@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's CM/ECF system on January 11, 2014, which should have generated and delivered electronic notice of filing to all counsel of record.

/s/ Jessica L. Wilson
Jessica L. Wilson