UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY W. RICHARDS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECT ENERGY SERVICES, LLC,<br><br>*Defendant.* | No. 3:14-cv-1724 (VAB) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Paul T. Edwards hereby gives notice of the Court's ruling denying the Motion to Dismiss in *Sanborn v. Viridian Energy, Inc.*, No: 3:14-cv-1731 (SRU) (Underhill, *J.*) [ECF No. 40]. Attached hereto as Exhibit A is a transcript of the oral ruling of the Court at 36-39. Additionally, Plaintiff recently became aware of a January 29, 2015 ruling denying a Motion to Dismiss a similar claim in this District brought on behalf of a New Jersey class. *Fritz v. North American Power & Gas, LLC,* 3:14-cv-634 (WWE) (Eginton, *J.*) [ECF No. 42]. A copy of the ruling is attached as Exhibit B.

DATED: April 24, 2015, 2015

                                PLAINTIFF

                         \s\ Robert A. Izard
                    By: Robert A. Izard (ct01601)
                        Seth R. Klein (ct18121)
                        Nicole A. Veno (ct29373)
                        Izard Nobel LLP
                        29 South Main Street, Suite 305
                        West Hartford, CT  06107
                        (860) 493-6292