Civil- (Dec-2008)

HONORABLE: Victor A. Bolden
DEPUTY CLERK: J. Perez
RPTR/ECRO/TAPE: S. Montini
TOTAL TIME: 2 hours 50 minutes
DATE: 3/29/2017   START TIME: 9:55   END TIME: 12:45
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:14cv1724 (VAB)

Gary W. Richards

vs

Direct Energy Services, LLC

Robert A. Izard, Jr., Craig A. Raabe
Plaintiff's Counsel

Michael D. Matthews, Jr., Hutson B. Smell
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing
[ ] Show Cause Hearing
[ ] Evidentiary Hearing
[ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] #105 Motion Certify Class — [ ] granted [ ] denied [✓] advisement
[✓] #120 Motion Summary Judgment — [ ] granted [ ] denied [✓] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] [ ] Briefs(s) due ___ [ ] Proposed Findings due ___ Response due ___
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] Hearing continued until ___ at ___

Notes: